■ In the Matter of KEVIN L., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; SCOTT L., Appellant. (Appeal No. 2.) [812 NYS2d 899]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered October 8, 2004 in a proceeding pursuant to the Family Court

Act article 10. The order adjudged that the child is a neglected child.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Matter of Steven L.* (28 AD3d 1093 [2006]). Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Smith and Pine, JJ.